FIL__

JUN 0 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  94cr0687-GT |
| Plaintiff, | ) | |
| v. | ) | |
| CORNELIO PEREZ-SAINS, | ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant CORNELIO PEREZ-SAINS is dismissed.

IT IS FURTHER ORDERED that any warrant issued in this case be recalled.

DATED: June ___6___, 2008.

HONORABLE GORDON THOMPSON, JR.
United States District Judge